UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SHAY RODGERS, | No. 2:14-cv-1913 KJN P |
| Plaintiff, | |
| v. | ORDER |
| GARETT L. MAXWELL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2015, plaintiff wrote a letter to the undersigned. While not entirely clear, it appears that plaintiff asks the court to determine when defendant Maxwell worked for the Anderson Police Department, and to "look on the net and see that the Redding P.D. officer's [are] using excessive force on local citizens," and that the Redding office "has been under investigation" due to excessive force claims. (ECF No. 23.) Plaintiff is advised that the court does not perform investigations for any party. Once defendants have appeared in this action, the court will issue a discovery and scheduling order, and plaintiff may seek discovery from defendants at that time. IT IS ORDERED that plaintiff's request (ECF No. 23) is denied.

Dated: February 3, 2015

/rodg1913.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1