UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR SHAY RODGERS, | No. 2:14-cv-1913 KJN P |
| Plaintiff, | |
| v. | ORDER |
| GARETT L. MAXWELL, et al., | |
| Defendants. | |

Plaintiff is a former county jail inmate, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On July 6, 2015, defendants noticed a motion to compel plaintiff's appearance at deposition for hearing on August 20, 2015, at 10:00 a.m., before the undersigned. However, by order filed December 30, 2014, the parties were informed that all motions concerning discovery shall be briefed pursuant to Local Rule 230(l).  (ECF No. 20 at 3.) Therefore, defendants' motion will be submitted on the papers without oral argument; no appearance by any party is required.  Plaintiff shall file an opposition or statement of non-opposition no more than twenty-one days after July 6, 2015.  Local Rule 230(l).  Defendants' reply, if any, shall be filed seven days thereafter.  Id.

Plaintiff is cautioned that failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."  Local Rule 230(l).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of August 20, 2015, on defendants' motion to compel is vacated; and

2. Plaintiff shall file an opposition or statement of no opposition no more than twenty-one days after July 6, 2015. Defendants' reply, if any, shall be filed seven days thereafter.

Dated: July 16, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rodg1913.230l